

# United States District Court
# Eastern District of California

| | |
|---|---|
| SHOP & GO, a California Sole Proprietorship d/b/a Shop & Go #3, et al. | Case Number: 1:23-cv-00309-JLT-SKO |
| Plaintiff(s) | |
| V. | |
| UNITED STATES OF AMERICA | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Andrew Z. Tapp, Esq.__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Shop & Go, a California Sole Proprietorship d/b/a Shop & Go #3, and Adel A. Mohamed, an Individual

On __September of 2009__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Florida__ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[x] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

One Stop Gas & Liquor Market, Inc., et al. v. USA-Case No. 1:23-cv-00231-HBK- Date of Pro Hac Vice Application: 02/16/23; Order Granting Pro Hac Vice dated 02/17/23 at Doc. 5

Date: __3/1/2023__                                 Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Z. Tapp |
| Law Firm Name: | Metropolitan Law Group, PLLC |
| Address: | 1971 W. Lumsden Road, #326 |
| City: | Brandon   State: FL   Zip: 33511-8820 |
| Phone Number w/Area Code: | (813) 228-0658 |
| City and State of Residence: | Tampa, Florida |
| Primary E-mail Address: | andrew@metropolitan.legal |
| Secondary E-mail Address: | lajeana@metropolitan.legal |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mubarak Malik |
| Law Firm Name: | The Law Office of Mubarak Malik The Immigration Advocate |
| Address: | 4422 Temecula St., Unit 2 |
| City: | San Diego   State: CA   Zip: 92107 |
| Phone Number w/Area Code: | (619) 363-2871   Bar # 323314 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/3/2023

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT