UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP & GO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 1:23-cv-00309-JLT-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 8) |

On March 10, 2023, Plaintiffs filed a "Notice of Voluntary Dismissal of Complaint," in which Plaintiffs notify the Court that this case is voluntarily dismissed. (Doc. 8.) Plaintiffs filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2023**                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE